Arnold B. Calmann (AC-3245)
**SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC**
One Gateway Center – 13th Floor
Newark, NJ 07102-5311
(973) 622-3333

John G. Froemming (JF-6760)
Michael Bell (MB-7779)
**HOWREY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 783-0800

Of Counsel: Kevin Healy (KH-1279)
BMW OF NORTH AMERICA, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677
(201) 307-4000

Attorneys for Plaintiffs
BMW of North America, LLC and Bayerische Motoren Werke AG

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AG, ) ) ) | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiffs, ) ) | **Civil Action No. _____** |
| v. ) ) | **COMPLAINT FOR TRADEMARK AND DESIGN PATENT** |
| THE WHEEL EXCHANGE, INC., ) ) | **INFRINGEMENT, UNFAIR COMPETITION, BREACH OF** |
| Defendant. ) ) ) | **CONTRACT, AND UNJUST ENRICHMENT** |

Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG

(collectively "BMW") seek injunctive and monetary relief from defendant The Wheel Exchange,

Inc. ("Wheel Exchange") for trademark and design patent infringement, unfair competition,

breach of contract and unjust enrichment with respect to BMW's trademark and design patent

rights. As alleged more fully below, Defendant has violated and continues to violate the

{00422092.DOC}

Trademark Act of 1996 as amended, 15 U.S.C. §§ 1125, *et seq.* (the "Lanham Act"), the Patent

Act, 35 U.S.C. § 271, and state law by offering, as genuine BMW product using BMW logos and

trademarks, wheels that are not manufactured or authorized by BMW and that infringe BMW

U.S. design patents.

## PARTIES

1.      Plaintiff BMW of North America, LLC, formerly BMW of North America, Inc.

("BMW NA") is a Delaware limited liability company having its principal place of business at

300 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07677.  BMW NA is a wholly-owned

subsidiary of BMW (US) Holding Corporation, a Delaware corporation, which is a wholly-

owned subsidiary of Bayerische Motoren Werke AG.

2.      Plaintiff Bayerische Motoren Werke AG ("BMW AG") is a corporation organized

under the laws of the Federal Republic of Germany with its principal place of business at

Petuelring 130, 80809 Munich, Germany.  BMW AG designs and manufactures motor vehicles,

parts and other products for sale in Europe and for export and sale throughout the world.

3.      Defendant Wheel Exchange is, upon information and belief, a North Carolina

corporation with its principal place of business at 55 Dynamic Drive, Garner, NC 27529.

## JURISDICTION AND VENUE

4.      This court has personal jurisdiction over Defendant because it conducts business

in the State of New Jersey.

5.      This court has jurisdiction over the subject matter of this action under 15 U.S.C. §

1121 and 28 U.S.C. §§ 1331 and 1338(a) and 1338(b), and has supplemental jurisdiction under

28 U.S.C. § 1367(a) over BMW's claims under New Jersey law.

6.      Venue is proper in this district under 28 U.S.C. §1391(b), as a substantial part of

the events or omissions by Defendant that give rise to the claim occurred and are occurring in

this district.

{00422092.DOC}

## PLAINTIFFS' FAMOUS TRADEMARKS

7.      BMW is in the business of designing, manufacturing, distributing and servicing motor vehicles, wheels, and a variety of other parts and products under various trademarks, including its BMW® word trademark and trade name, M™, M3® and M5® word trademarks, and "Roundel" and "M-Stripes" logos shown below:

 

### Plaintiffs' BMW® Mark And "Roundel" Logo

8.      BMW NA, through itself and its predecessors-in-interest, has been the exclusive licensee and authorized user of the BMW® mark and "Roundel" logo in the United States continuously since at least as early as 1949 in connection with the sale and service of motor vehicles, including parts thereof.

9.      Since at least 1976, BMW NA has used its BMW® mark and "Roundel" logo in commerce in the United States continuously in connection with the manufacture and sale of various other products such as watches, sunglasses, clothing and leather goods, which promote the image and lifestyle associated with BMW vehicles.

10.      BMW AG is the owner of Registrations on the Principal Register of the United States Patent & Trademark Office for the following marks pursuant to 15 U.S.C. Section 1111:

| Mark | Reg. No. | Reg. Date | Services/Goods |
|------|----------|-----------|----------------|
| BMW | 0611710 | September 6, 1955 | Automobiles and motorcycles |
| BMW | 1164922 | August 11, 1981 | Motor vehicle repair and maintenance services and dealership services |

| BMW (and Roundel design) | 0613465 | October 4, 1955 | Automobiles, motorcycles and parts thereof |
|---|---|---|---|
| BMW (and Roundel design) | 1450212 | August 4, 1987 | Automobiles, motorcycles, parts thereof, including wheels, and watches, clocks and various other goods and services |
| BMW (and Roundel design) | 1170556 | September 22, 1981 | Motor vehicle repair and maintenance services and dealership services |
| BMW | 1627241 | September 18, 1990 | Clothing |

These registrations were duly and legally issued, and are valid and subsisting.  Registration Nos. 611710, 1164922, 613465, 1450212, 1170556, 1494126 and 1438545 are also incontestable pursuant to 15 U.S.C. § 1065.

### Plaintiffs' "M-Stripes" Logo and M™, M3® and M5® Trademarks

11.      Since the introduction of its M3® high-performance passenger car in 1986, BMW has also used its above-depicted "M-Stripes" logo as well as its M™ and M3® word marks in commerce across the United States continuously in connection with the design, manufacture and distribution of high-performance passenger cars, wheels and other parts therefor.

12.      BMW's M™ passenger cars, wheels and other parts have roots in motor sports. BMW's philosophy in designing and manufacturing these exclusive sport passenger cars and products is to deliver high performance combined with skilled craftsmanship tailored to the customer's requirements.  BMW markets its passenger cars, wheels and other products bearing M marks as "high tech with high touch" - well suited for the driving enthusiast and everyday motoring.

13.      Since 1994, BMW has used its M5® word mark in commerce across the United States continuously in connection with the design, manufacture and distribution of high-performance passenger cars, wheels and other and parts therefor.

14.     Also since at least 1994, BMW has used its M-Stripes logo and M5® word mark in commerce in the United States continuously in connection with the design, manufacture and sale of various other products such as clothing, watches, key chains, sunglasses and leather goods, which promote the exclusive image and lifestyle associated with BMW M™ passenger cars and parts therefor.

15.     BMW AG is the owner of the following U.S. Registrations for its M-Stripes, M3®, M5® and related marks:

| **Mark** | **Reg. No.** | **Reg. Date** | **Class: Services/Goods** |
|---|---|---|---|
| M3 | 2,535,373 | February 5, 2002 | Passenger motor vehicles and structural parts therefor |
| M3 | 2,758,102 | September 2, 2003 | Money clips of non-precious metal; metal key rings; license plate frames; tie clips and key rings of non-precious metal; shirts; hats; floor mats and trunk mats for vehicles; toy miniature vehicles |
| M & Design (M-Stripes) | 1,438,545 | May 5, 1987 | Automobiles |
| M & Design (M-Stripes) | 2,683,597 | February 4, 2003 | Valve stem caps; license plate frames, gear shift knobs; headwear; pullovers; sweaters; shorts; turtlenecks; floor mats; trunk mats |
| M2 | 2,852,493 | June 15, 2004 | Automobiles and structural parts therefor. |
| M4 | 2,668,601 | December 31, 2002 | Automobiles and structural parts therefor |

| Mark | Reg. No. | Reg. Date | Class: Services/Goods |
|------|----------|-----------|-----------------------|
| M5 | 2,381,292 | August 29, 2000 | Passenger motor vehicles and structural parts therefor |
| M5 | 2,683,596 | February 4, 2003 | Metal key rings; mouse pads; cuff links; tie tacks; mugs; headwear; shirts; floor mats for vehicles |
| MPOWER | 2,715,482 | May 13, 2003 | Metal key rings; watches; pens; headwear; shirts; pullovers; jackets; sweatshirts; sweatpants; ties; gloves |
| BMW M POWER | 1,494,126 | June 28, 1988 | Automobiles, engines for automobiles and structural parts therefor |

These registrations were duly and legally issued, and are valid and subsisting.  Registrations 1,438,545 and 1,494,126 are incontestable pursuant to 15 U.S.C. § 1065.

16.     Since long prior to the acts of the Defendant complained of herein, BMW has used all of its above-mentioned marks, in connection with its business of designing and distributing wheels and a variety of other products, in the State of New Jersey.

17.     BMW NA distributes its wheels and other products and services through nationwide networks of authorized dealers and service providers.  BMW NA authorizes its dealerships to use its above-mentioned marks in connection with the sale and service of BMW products.

18.     BMW NA has also invested many millions of dollars in building its reputation for the highest quality standards and products under the above-mentioned marks for the U.S.

{00422092.DOC}

Specifically, BMW NA has invested many millions of dollars to advertise its products and services and build substantial goodwill under the above-mentioned marks in the U.S.

19.     To create and maintain goodwill among its customers, BMW NA has taken substantial steps to assure that all authorized BMW product dealers and service providers using the above-mentioned mark are of the highest quality.

20.     As a result of its long use and promotion of the above-mentioned marks, BMW has established its Roundel, M-Stripes logo and "BMW" word mark as famous and distinctive, and its M™, M3® and M5® word marks as well known, if not famous as well, among American purchasers of motor vehicles, parts and accessories as well as among members of the American public.

### BMW'S U.S. DESIGN PATENTS FOR WHEELS

21.     BMW NA is the exclusive U.S. licensee of various BMW AG U.S. Design Patents directed toward the front face of vehicle wheels, including D449,028, D402,951, D408,346, D432,974, D419,942, D416,849, D421,417, D438,503, and D438,162 (collectively, the "BMW design patents").

### DEFENDANT'S WRONGFUL ACTIVITIES

22.     Defendant, in response to a previous request to cease and desist from infringing BMW trademark rights, specifically executed an agreement on January 17, 2001, stating unqualifiedly that Defendant would "cease and desist all uses of the BMW trademarks and logos." (the "January 2001 Agreement"). A copy of the January 2001 Agreement is attached hereto as Exhibit A.

23.     Notwithstanding the January 2001 Agreement, Defendant is using BMW logos and other trademarks to offer, as genuine BMW product, wheels that are not in fact manufactured or authorized by BMW (hereinafter "Non-BMW Wheels").

24.     Specifically, Defendant has been and is advertising and selling over eBay Non-BMW Wheels with BMW's M-Stripes logo embedded in the rims of the wheels. A sample photograph of such wheels is attached as Exhibit B hereto.

25.     In addition, Defendant has been and is advertising non-BMW wheels using BMW's Roundel and other logos.  Samples of such advertisements are attached as Exhibits B-C hereto.

26.     Defendant does not need to use BMW logos on wheels or advertisements in order to inform consumers that it is selling wheels that fit BMWs.

27.     Defendant has been and is also naming and highlighting Non-BMW Wheels as "BMW Wheels," "M-Sport Wheels," "M5 Wheels" and the like, rather than merely by the name of the real manufacturer.

28.     Defendant does not need to name or highlight Non-BMW Wheels as "BMW," "M-Sport" or "M5" wheels in order to inform consumers unambiguously that its wheels "fit M5s" or other BMWs.

29.     Instead, Defendant could truthfully and unambiguously name and identify wheels by their actual manufacturer, and state that its wheels fit particular models of BMWs without calling them "BMW Wheels," "M-Sport Wheels" or the like.

30.     Defendant also sometimes includes additional representations of such wheels, such as "TRUE German made," when Defendant knows that consumers associate authentic BMW wheels with German engineering, craftsmanship and quality.

31.     Defendant has also advertised and sold, and has been and is advertising and selling, wheel rims that infringe BMW U.S. Design Patents, including U.S. Design Patent Nos. D449,028, D402,951, D408,346, D432,974, D419,942, D416,849, D421,417, D438,503, and D438,162.

32.     Defendant is aware that its offering non-BMW wheels in the manner described above infringes BMW's trademark and design patent rights.

{00422092.DOC}

33.     Defendant has never served BMW or any of its subsidiaries, affiliates or authorized agents.

34.     Defendant is not affiliated with or sponsored by BMW, and has never been authorized by BMW or any of its subsidiaries, affiliates or authorized agents to use BMW's logos or other marks.

35.     Plaintiffs wrote Defendant on December 16, 2005 and December 21, 2005 requesting that Defendant cease and desist from the above-mentioned activities by December 30, 2005, but Defendant did not comply.

36.     Defendant's unauthorized use of BMW marks and design patents in the manner described above:

> (a)   enables Defendant to trade off and receive the benefit of goodwill BMW has built up at great labor and expense over many years, and to gain acceptance for Defendant's products not solely on their own merits, but on the reputation and goodwill of BMW, its BMW marks, and its products;
>
> (b)   is likely to cause confusion, to cause mistake, and/or to deceive customers and potential customers of the parties as to the origin, sponsorship, affiliation or approval of Defendant's products, or as to some affiliation, connection, or association of Defendant with BMW;
>
> (c)   unjustly enriches Defendant; and
>
> (d)   unlawfully removes from BMW the ability to control the nature and quality of products provided under BMW's mark, and places the goodwill and valuable reputation of BMW in the hands of Defendant, over whom BMW has no control.

37.     BMW has been damaged and continues to be damaged by Defendant's activities in the manner described above.

38.     Unless these acts of Defendant are restrained by this Court, they will continue to cause irreparable injury to BMW and to the public for which there is no adequate remedy at law.

## FIRST COUNT
## FEDERAL TRADEMARK INFRINGEMENT
## (Lanham Act § 32, 15 U.S.C. § 1114(1))

39.    BMW realleges and incorporates the allegations set forth in paragraphs 1 through 38 herein.

40.    The acts of Defendant complained of herein constitute use in commerce of reproductions, copies, or colorable imitations of BMW's registered marks in connection with the sale, offering for sale, distribution and advertising of goods.

41.    Defendant's use on or in connection with such goods is likely to cause confusion, to cause mistake, or to deceive.

42.    The acts of Defendant complained of herein constitute infringement of BMW's federally registered marks in violation of 15 U.S.C. § 1114(1).

43.    Defendant's acts complained of herein have been with full knowledge and in conscious disregard of BMW's rights in its marks and with intent to trade on BMW's goodwill in its marks, thereby making this an exceptional case under Section 35 of the Lanham Act.

44.    BMW has been damaged and continues to be damaged by Defendant's actions described above.

## SECOND COUNT
## FEDERAL UNFAIR COMPETITION, FALSE DESIGNATION OF ORIGIN AND TRADEMARK INFRINGEMENT
## (Lanham Act §43, 15 U.S.C. § 1125(a))

45.    BMW realleges and incorporates the allegations set forth in paragraphs 1 through 44 herein.

46.    Defendant's use of BMW's marks falsely indicates that BMW or its agents are connected with, sponsored by, affiliated with, or related to Defendant and its products or that Defendant is connected with, sponsored by, affiliated with or related to BMW.

47.    Defendant's use of BMW's logos and other trademarks in the manner described above is likely to cause, confusion, mistake or deception as to the source, affiliation or sponsorship of Defendant's goods and services.

{00422092.DOC}

48.     The acts of Defendant complained of herein constitute unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

49.     Such action has been willful, making this an exceptional case under Section 35 of the Lanham Act.

50.     BMW has been damaged and continues to be damaged by Defendant's actions described above.

**THIRD COUNT**
**DESIGN PATENT INFRINGEMENT**
**(35 U.S.C. § 271)**

51.     BMW realleges and incorporates the allegations set forth in paragraphs 1 through 50 herein.

52.     The acts of Defendant complained of herein constitute unlicensed application in commerce, during the term of U.S. Design Patent Nos. D449,028, D402,951, D408,346, D432,974, D419,942, D416,849, D421,417, D438,503, and D438,162, of patented designs or colorable imitations thereof, to articles of manufacture for the purpose of sale.

53.     The acts complained of herein constitute unlicensed sale and exposure for sale in commerce, during the term of the above-cited U.S. Design Patents, of articles of manufacture to which such patented designs or colorable imitations have been applied.

54.     The acts complained of herein constitute design patent infringement in violation of 35 U.S.C. § 271.

55.     Defendant's acts complained of herein have been with full knowledge and conscious disregard of BMW's U.S. design patent rights.

56.     BMW has been damaged and continues to be damaged by Defendant's actions described above.

**FOURTH COUNT**
**BREACH OF CONTRACT**
**(N.J. Common Law)**

57.     BMW realleges and incorporates the allegation set forth in paragraphs 1 through 56 herein.

58.     The January 2001 Agreement is a valid and binding contract in which Defendant promised to "cease and desist all uses" of "BMW trademarks and logos."

59.     BMW has complied with the terms of the January 2001 Agreement.

60.     Defendant's activities as described above constitute uses of BMW trademarks and logos.

61.     Defendant has thus breached the January 2001 Agreement.

62.     BMW has been damaged and continues to be damaged by Defendant's actions described above.

**FIFTH COUNT**
**UNFAIR COMPETITION**
**(N.J. Stat. § 56:4-1)**

63.     BMW realleges and incorporates the allegations set forth in paragraphs 1 through 62 herein.

64.     The acts of Defendant complained of herein constitute unfair competition in violation of New Jersey Statute 56:4-1 for unfair competition.

65.     As a result of the foregoing alleged actions, Defendant has been unjustly enriched, and BMW has been injured and damaged.

**SIXTH COUNT**
**UNFAIR COMPETITION**
**(Common Law of New Jersey)**

66.     BMW realleges and incorporates the allegations set forth in paragraphs 1 through 65 herein.

67.     The acts of Defendant complained of herein constitute unfair competition in violation of the common law of New Jersey.

{00422092.DOC}

68.     As a result of the foregoing alleged actions, Defendant has been unjustly enriched, and BMW has been injured and damaged.  Unless the foregoing alleged actions of Defendant are enjoined, BMW will continue to suffer injury and damage.

**SEVENTH COUNT**
**UNJUST ENRICHMENT**
**(Common Law of New Jersey)**

69.     BMW realleges and incorporates the allegations set forth in paragraphs 1 through 68 herein.

70.     The acts of Defendant complained of herein constitute unjust enrichment in violation of the common law of New Jersey.

71.     As a result of the foregoing alleged actions, Defendant has been unjustly enriched, and BMW has been injured and damaged.  Unless the foregoing alleged actions of Defendant are enjoined, BMW will continue to suffer injury and damage.

**PRAYER FOR RELIEF**

WHEREFORE, BMW prays that:

1.     Defendant be adjudged liable as to the foregoing claims;

2.     Defendant, its agents, servants, employees, attorneys, and all others in active concert or participation with any of them, be enjoined and restrained, during the pendency of this action, and permanently thereafter, from:

(a)     using BMW's Roundel, M-Stripes, or other logos on, or to advertise or sell, wheels that are not manufactured or authorized by BMW -- including but not limited to use of BMW's Roundel or M-Stripes logo on center caps of such Non-BMW Wheels offered over e-Bay or elsewhere;

(b)     using Plaintiffs' BMW®, M3®, M5® or M™ word marks  in the names of non-BMW wheels, or to otherwise suggest that non-BMW wheels are

{00422092.DOC}

BMW wheels -- including but not limited to calling non-BMW wheels "BMW Wheels," M Wheels," or the like;

(c)     doing any other act or thing likely to confuse, mislead, or deceive others into believing that Defendant or its products emanate from, or are connected with, sponsored or approved by BMW.

(d)     advertising or selling wheel designs reflected in BMW U.S. Design patents D449,028, D402,951, D408,346, D432,974, D419,942, D416,849, D421,417, D438,503, and D438,162; and

(e)     importing the infringing goods into the U.S.

3.     An accounting be directed to determine Defendant's profits resulting from its activities and that such profits be paid over to BMW and increased as the Court finds to be just under the circumstances of this case;

4.     Defendant be required to pay over to Plaintiffs:

(a)     in accordance with Section 35(a) of the United States Trademark Act, 15 U.S.C. §1117(a), an award of treble plaintiffs' actual damages and/or Defendant's profits

(b)     Defendant's profits, Plaintiffs' damages, and/or statutory damages of $250 per item sold for infringing BMW's design patents under 35 U.S.C. § 284 *et seq.*;

(c)     Plaintiffs' attorneys' fees and costs of this action;

(d)     exemplary or punitive damages in a sum sufficient to deter future acts of state unfair competition.

5.     Defendant, in accordance with Section 36 of the United States Trademark Act, 15 U.S.C. § 1118, be required to deliver up to Plaintiffs for destruction all non-BMW wheels containing BMW M-Stripes or other logos, as well as its labels, signs, prints, packages, containers, advertisements and any other materials for non-BMW wheels in Defendant's possession or control bearing BMW logos.

{00422092.DOC}

6.      Defendant, in accordance with Section 34(a) of the United States Trademark Act, 15 U.S.C. § 1116(a), be required to file with the Court, and serve upon Plaintiffs, within thirty (30) days after the entry and service on Defendant of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendant has complied with the terms of such injunction.

7.      BMW recover such other relief as the Court may deem appropriate.

                                    Respectfully submitted,

Dated:  January 30, 2006            SAIBER SCHLESINGER SATZ
                                    & GOLDSTEIN, LLC


                                    Attorneys for Plaintiffs
                                    BMW of North America, LLC and
                                    Bayerische Motoren Werke AG


                                    By: _____
                                        Arnold B. Calmann (AC-3245)
                                        One Gateway Center – 13th Floor
                                        Newark, New Jersey 07102-5311
                                        (973) 622-3333

                                    John G. Froemming (JF-6760)
                                    Michael Bell (MB-7779)
OF COUNSEL:  Kevin Healy (KH-1279)  HOWREY LLP
BMW OF NORTH AMERICA, LLC           1299 Pennsylvania Avenue, N.W.
300 Chestnut Ridge Road             Washington, D.C.  20004
Woodcliff Lake, NJ  07677           (202) 783-0800
(201) 307-4000

{00422092.DOC}

## RULE 11.2 CERTIFICATION

I hereby certify that this matter is not the subject of any other action asserted by the

Plaintiff herein, in any other action pending in any court or of any pending arbitration.

**SAIBER SCHLESINGER SATZ**
**& GOLDSTEIN, LLC**
Attorneys for Plaintiff 3M Company


By: _____
Arnold B. Calmann (ABC 3245)

One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
Telephone: (973) 622-3333
Facsimile: (973) 622-3349


DATED: January30, 2006

## RULE 201.1 CERTIFICATION

Pursuant to L. Civ. R. 201.1, the undersigned counsel for the Plaintiff hereby certifies that the amount in controversy, excluding interest, costs and punitive damages exceeds $150,000, and that this action is not appropriate for compulsory arbitration.

                    SAIBER SCHLESINGER SATZ
                    & GOLDSTEIN, LLC
                    Attorneys for Plaintiff 3M Company

                    By:
                         Arnold B. Calmann (ABC 3245)

                         One Gateway Center, 13th Floor
                         Newark, New Jersey  07102-5311
                         Telephone:  (973) 622-3333
                         Facsimile:  (973) 622-3349

DATED: January 30, 2006

# EXHIBIT A



A subsidiary
of BMW AG
# BMW of North America, Inc.

December 27, 2000

The Wheel Exchange, Inc.
555 Dynamic Drive
Garner, NC 27529

Dear Madam, Sir:

Your unauthorized use of the BMW trademark came to our attention when we saw your auctions on eBay and an advertisement for your business on the Internet in which the BMW logo is prominently displayed on a number of pages. Sample copies of the infringements are enclosed.

The BMW logo is a trademark owned by Bayerische Motoren Werke AG ("BMW AG") and is federally registered. BMW AG maintains the sole and exclusive right to use it. You have not been licensed to use BMW's trademarks and are thus infringing BMW AG's trademark rights.

Accordingly, we hereby request that you sign this letter acknowledging that you will take immediate steps to cease this and any other unauthorized use of the BMW trademarks. We ask that you return this signed letter to us no later than 20 days from the date of this letter.

For your information and future reference I enclose BMW NA's Fair Use Rules. If you have any questions please contact me at 201-307-3542. My direct fax number is 201-307-9286.

Sincerely,

BMW OF NORTH AMERICA, INC.

*Renate Kulnik*

Renate Kulnik
Trademark Coordinator

Headquarters
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07675

Mailing Address
PO Box 1227
Westwood, NJ 07675-1227

Telephone
(201) 307-4000

Facsimile
(201) 307-4095



**I have read the above and acknowledge that I will cease and desist all uses of the BMW trademarks and logos.**

Signed _____  Dated 1/17/01

Name _John J. Fiore JR_

Position _Pres-Jria_

Printed on Recycled Paper

# EXHIBIT B

 **Motors**

eBay home | Pay | Register | sign in | Site Map | C

Search eBay Motors    Start new search    **Search**

| Home | Buy | Sell | My eBay | Buyer Services & Protection |

← Back to list of items

Listed in category:    eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheels > 18"

### 19x8"M5,BMW Wheels,e36,e46,318,323,325,328,330,Z3,M3

Item number: 8020424432

"FM M5, THE ONLY WHEELS ON EBAY WITH OEM COLOR/FINISH"

**Seller of this item?** Sign in for your status

**Watch this item** in My eBay | **Email to a friend**



Larger Picture

| | |
|---|---|
| Starting bid: | **US $688.00** |
| | [ Place Bid > ] |
| Time left: | **2 hours 20 mins** |
| | 10-day listing, Ends Dec-15-05 11:41:13 PST |
| Start time: | Dec-05-05 11:41:13 PST |
| History: | 0 bids |
| Item location: | RALEIGH,NC United States |
| Ships to: | United States |
| Shipping costs: | Check item description and payment instructions or contact seller for details |

↓ Shipping and payment details

**Seller information**
thewheelexchange.com
( 1959 ★ )  Power Seller  me

Feedback Score: 1959
**Positive Feedback: 99.3%**
Member since Jul-13-00 in United States

Read feedback comments
Add to Favorite Sellers
Ask seller a question
**View seller's other items**
   Store view | List view
**Visit this seller's eBay Store!**
 The Wheel Exchange

   Safe Buying Tips

## Description

### The Wheel Exchange



Visit my eBay Store:  The Wheel Exchange

BMW Wheels | Mercedes Wheels | RONDELL Wheels
FM Replica Wheels | CLOSEOUTS!!!!!



eBay User ID:
**thewheelexchange.com**

Dec. 15, 2005

**Member of SquareTrade - Bid with Confidence**
**Click to Learn Why**

SquareTrade © AP6.0



This auction is best viewed at 1024x768 screen resolution

**SHOP OUR STORE**

The Wheel Exchange has hundreds of other european car items in our eBay store!

CLICK HERE TO SHOP OUR STORE!

Don't forget to view our:

FEEDBACK
&
OTHER AUCTIONS





**ITEM FOR SALE**



### Set of 19" X 8" FM REPLICA M5 WHEE

**FM REPLICA WHEELS M5 style wheels 19x8" wheel**
**FOR HIGH OFFSET BMW'S ONLY 3 SER**

**THIS IS A BRAND NEW DESIGN OF THIS WHEEL. THIS WH**
**FOR THE BADGE**

Mint! Brand new!! In stock & ready to ship! Sets come with
lug bolts. Ready to ship any questions call toll free @888
Excellent Ebay feedback & Buy with Confidence.
PLEASE LOOK Close at the Design of our Wheel. This exact
at THE Wheel Exchange! The spokes are contoured, exact
not straight in design, like other wheels of this style or
these.

At The Wheel Exchange, the customer always comes FIRST.

We work hard to ensure that every customer is 100% satisfied with their purchase and their buying experience with us.

It is our delight to thank all our wonderful customers for leaving us positive feedback.
THANK YOU.

## WHEELS & TIRES

We also have many great wheel & tire packages up for bid that include free mounting, balancing, lugs & BMW caps. Sets come ready to roll!!

We do a complete Dynamic High speed Road Force Balance, on our Hunter GSP9700 -- the same machine used in Indy Car & F1, to ensure you get a smooth ride!

*Check out our:*

EBAY STORE
&
OTHER AUCTIONS

## ABOUT T.W.E

The Wheel Exchange is the Leader in European Alloy Wheels!

We are one direct importer of a vast assortment of high quality wheels and tires for all your needs.

---

"We Specialize in Wheels for Audi,BMW,Mercedes,

"Deal with the Pro's for Peace of mind" All of our wheels c fit. No rubbing, customer satisfaction guarantee! If you res will find that we offer a level of professionalism & knowled From our dynamic balance On our Hunter Gsp9700 balan used in Indy & F1 Racing. To exact tire size fitments that The first time & Wholesale direct prices that can n

Thanks for viewing our Auction & I Hope we can ea

John Feore Jr.

President

The Wheel Exchange

EBay Platinum Level Power Seller.

Any Questions? -- PLEASE CALL TOLL FREE @8&

**OR**



**US HERE**

## PICTURES

your fine European car.

Our corporate headquarters is located in Raleigh, NC and with over 10,000 wheels in the NC warehouse alone, and 12 other warehouses nationwide, you can be assured that your wheels will get to you fast!



**"PLATINUM LEVEL"**



*PROUD MEMBER*



**PAYMENT TERMS**

All payments must be made within 7 days of the end of the auction. Please do not bid unless you intend to pay.

**NON-PAYING bidders WILL be reported to eBay and WILL receive a negative feedback.**

**SHIPPING INFO**

Shipping charges are run from $50-$100 for the entire set..



Case 2:06-cv-00456-DMC-MF   Document 1   Filed 01/30/06   Page 25 of 42   PageID: 25

eBay Motors: 19x8 M5,BMW wheels,e36,e46,318,323,325,328,330,z3, M3 (item 4580244751...)

hours after we have received payment for the auction.

We ship FedEx everyday - insured!

There is no charge for insurance - it's free!

With over 10,000 wheels in our NC warehouse alone, and 12 other warehouses nationwide, you can be assured that your wheels will get to you fast!

As far north as New York and as far south as Miami, customers can have their wheels in just 2 days; west coast in 5 days.

## TERMS OF SALE

The Wheel Exchange wants you to be completely satisfied with your purchase, and we understand that you may change your mind after the order has been placed. That's why we provide a credit return policy that extends for 30 days after the time of purchase.

Please read our return policy if you need to return merchandise.

## CONTACT INFO

If you would like additional information on this auction, or if you would like to be contacted by a



us at:

Email Us
Telephone: (919) 662-7178
Toll-Free: (888) 682-3129

**HOURS OF OPERATION:**

| | |
|---|---|
| Monday: | 9AM - 8PM |
| Tuesday - Friday: | 9AM - 7PM |
| Saturday: | 10AM - 3PM |
| Sunday: | CLOSED |

### Call TOLL FREE
### 1-888-682-3129

....DEAL WITH THE PRO'S
FOR PEACE OF MIND!

The Wheel Exchange has one of the deepest supplier lists in the industry, with access to over 100,000 wheels!





Recieve a $25-Off Shipping Credit
when you use the "Buy It Now" Opti



**GALLERY**

Some of Our Satisfied Customer's Cars..









SPECIFICATIONS

- STRUCTURE: 1 Piece Cast Alloy
- SIZE: 19" x 8"
- BOLT PATTERN: 5x120
- OFF-SET: 38mm
- FINISH: Hyper-Silver with clear coat

**BENEFITS**

- Larger wheels will increase the look and performance of you
- The performance increase is a result of mounting a wider, lc
  diameter wheel.
- The tire is wider and gives your car a wider stance.
- Better lateral stability and increased steering response is ac
  is taller and the sidewalls of the tire are shorter.
- We can provide you with the correct tire size to keep your c
  ensuring the gear ration & speedometer reading on your car

THANKS FOR LOOKING AT ANOTHER AUCTION FROM TH
INCORPORATED!

UNBEATABLE AUCTIONS...WE ARE A PROUD MEMBER OF THE BE
SUBSCRIBING TO THEIR PRINCIPLES & VALUES, FAIRNESS IN T
FITMENT QUESTION S?

© copyright of The Wheel Exchange. All Rights Reserved. 2002-2003

On Jun-05-04 at 19:27:24 PDT, seller added the following information:



    



## See More Great Items  From This Seller



19" FM M5 Chrome
Wheels BMW 330 325
325 323 318 e46 e36

US $999.00



17"FM#66 Chrome
Wheels BMW 540 645
740 840 530 528 e39

US $688.00



18x8 18x9.5 BMW M-
PARALLEL
SILVER&CONTI TIRES
740,750

US $1,349.00

## Shipping and payment details

**Services available**
Check item description and payment instructions or contact seller for details.

Will ship to United States.

**Seller's payment instructions & return policy**
PLEASE CALL @ 888-682-3129 WITH ANY MAJOR CREDIT CARD READY TO COMPLETE THE
TRANSACTION!

## Payment methods accepted

- Money order/Cashiers check
- Other - See Payment Instructions for payment methods accepted
- Visa/MasterCard, American Express, Discover

## Ready to bid?                                                                help

19x8"M5,BMW Wheels,e36,e46,318,323,325,328,330,Z3,M3

Item title:            19x8"M5,BMW Wheels,e36,e46,318,323,325,328,330,Z3,M3

Starting bid:          US $688.00

Your maximum bid:   US $ [_____]   (Enter US $688.00 **or more**)

[ Place Bid > ]   You will confirm in the next step.

eBay automatically bids on your behalf **up to** your maximum bid.
Learn about bidding.

## What else can you do?

 Back to list of items  |  Ask seller a question  |  Add to Calendar  |  Printer Version

Seller assumes all responsibility for listing this item.

About eBay  |  Announcements  |  Security Center  |  Buyer Services & Protection  |  Policies  |  Site Map  |
Help

Copyright © 1995-2005 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

# EXHIBIT C

 **Motors**

eBay home | Pay | Register | sign in | Site Map | C

Search eBay Motors [Start new search] [Search]

| **Home** | **Buy** | **Sell** | **My eBay** | **Buyer Services & Protection** | T |

 Back to list of items   Listed in category:   eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheels > 18"

## 18X8&18X95,BMW 740 M-Sport Wheels,840,850,750
**FM REPLICA WHEELS,THE BEST!! LUGS & OE CAPS INCLUDED!!**   Item number: 8020454012

Seller of this item? Sign in for your status            Watch this item in My eBay | Email to a friend



Larger Picture

| | |
|---|---|
| Starting bid: | US $688.00 |
| | [Place Bid >] |
| Time left: | **4 hours 11 mins** 10-day listing, Ends Dec-15-05 13:34:48 PST |
| Start time: | Dec-05-05 13:34:48 PST |
| History: | 0 bids |
| Item location: | RALEIGH,NC United States |
| Ships to: | United States |
| Shipping costs: | Check item description and payment instructions or contact seller for details |

Shipping and payment details

### Seller information
thewheelexchange.com
( 1959 ★ ) Power Seller me

Feedback Score: 1959
**Positive Feedback: 99.3%**
Member since Jul-13-00 in United States

Read feedback comments
Add to Favorite Sellers
Ask seller a question
**View seller's other items**
 Store view | List view
**Visit this seller's eBay Store!**
 The Wheel Exchange

Safe Buying Tips

## Description

# The Wheel Exchange



Visit my eBay Store:  The Wheel Exchange

BMW Wheels | Mercedes Wheels | RONDELL Wheels
FM Replica Wheels | CLOSEOUTS!!!!!



SQUARE TRADE
Dec. 15, 2005

eBay User ID:
**thewheelexchange.com**

**Member of SquareTrade - Bid with Confidence**
**Click to Learn Why**

SquareTrade © AP6.0



This auction is best viewed at 1024x768 screen resolution

## SHOP OUR STORE

The Wheel Exchange has hundreds of other european car items in our eBay store!

CLICK HERE TO SHOP OUR STORE!

*Don't forget to view our:*

FEEDBACK
&
OTHER AUCTIONS

## MONTHLY DEAL

**Hundred's of Item's Everyday!!**



**Wheels, Tires, & MORE!!**

## CUSTOMERS FIRST

## ITEM FOR SALE



This Auctions is for a set of FM-#37 Stag

these are a perfect fit to all BMW 7-series from 1988-2002
and all 8 series cars. You Rece

(2) 18x8 & (2) 18x9.5 FM MP Repli

** NOTE Be careful as other sellers on eBay do not have FM
Why you should buy only FM replic
1)Our wheels are 18x8 & 18x9.5 Same as OEM. Other

wheels also have the M-logo cut outside engraved

At The Wheel Exchange, the customer always comes FIRST.

We work hard to ensure that every customer is 100% satisfied with their purchase and their buying experience with us.

It is our delight to thank all our wonderful customers for leaving us positive feedback. THANK YOU.

**WHEELS & TIRES**

We also have many great wheel & tire packages up for bid that include free mounting, balancing, lugs & BMW caps. Sets come ready to roll!!

We do a complete Dynamic High speed Road Force Balance, on our Hunter GSP9700 -- the same machine used in Indy Car & F1, to ensure you get a smooth ride!

*Check out our:*

EBAY STORE
&
OTHER AUCTIONS

**ABOUT T.W.E**

The Wheel Exchange is the Leader in European Alloy Wheels!

We are for the most part of a vast assortment of High level tailored Performance based ...

• **3)NOW THE BIG REASON!!! Our Wheels are HUB CENT wheels DO NOT require the use of a hub ring. Many sellers bore & use a small plastic hub centering ring**

• **4) Our offsets are the same as OEM 14mm front & 24mm using generic offsets of 20mm. The offset determines how of the difference!!**

Our FM wheels Quality is second to none. We did the resear was suppose to. As we say at the Wheel Exchange. Deal v Please check our incredible eBay Feedback. EBay Pl:

Please check our incredible eBay feedback! We s BMW,Mercedes,Audi,VW,Ferrari,Porsche & Othe The Wheel Exchange. The leader in Europe

EBay Platinum Level Power Seller "Deal with the Pro's for come with a 100% direct fit. No rubbing, customer satisfa our company, you will find that we offer a level of Professi elsewhere. From our dynamic balance On our Hunter Gsp9 used in Indy & F1 Racing. To exact tire size fitments that time & Wholesale direct prices that can n

Thanks for viewing our Auction & I Hope we ca

John Feore Jr.
President
The Wheel Exchange
EBay Platinum Level Power Se
Any Questions? -- PLEASE CALL TOLL FREE
OR



US HERE

**PICTURES**

your fine European car.

Our corporate
headquarters is located in
Raleigh, NC and with over
10,000 wheels in the NC
warehouse alone, and 12
other warehouses
nationwide, you can be
assured that your wheels
will get to you fast!



**"PLATINUM LEVEL"**



**PROUD MEMBER**

**PAYMENT TERMS**

All payments
must be made
within 7 days of
the end of the
auction. Please
do not bid
unless you
intend to pay.

**NON-PAYING
bidders WILL
be reported to
eBay and
WILL receive
a negative
feedback.**

**SHIPPING INFO**



hours after we have received payment for the auction.

We ship FedEx everyday - insured!

There is no charge for insurance - it's free!

With over 10,000 wheels in our NC warehouse alone, and 12 other warehouses nationwide, you can be assured that your wheels will get to you fast!

As far north as New York and as far south as Miami, customers can have their wheels in just 2 days; west coast in 5 days.



## TERMS OF SALE

The Wheel Exchange wants you to be completely satisfied with your purchase, and we understand that you may change your mind after the order has been placed. That's why we provide a credit return policy that extends for 30 days after the time of purchase.

Please read our return policy if you need to return merchandise.

## CONTACT INFO

If you would like additional information on this auction, or if you would like to be contacted by a sales representative, receive a price quote or submit a written question, email us to inquire about

us at:

Email Us
Telephone: (919) 662-7178
Toll-Free: (888) 682-3129

**HOURS OF OPERATION:**

Monday - Friday: 10AM - 6:30PM
Saturday: 10AM - 2PM
Sunday: CLOSED

### Call TOLL FREE
### 1-888-682-3129

....DEAL WITH THE PRO'S
FOR PEACE OF MIND!

The Wheel Exchange has one of the deepest supplier lists in the industry, with access to over 100,000 wheels!



**GALLERY**

Some of Our Satisfied Customer's (





**SPECIFICATIONS**

- STRUCTURE: 1 Piece Cast Alloy
- SIZE: 18" x 8" & 18 x 9.5"
- BOLT PATTERN: 5x120
- OFF-SET: 14mm & 26mm
- FINISH: Machined face with Clear Coat

**BENEFITS**

- Larger wheels will increase the look and performance of you
- The performance increase is a result of mounting a wider, lc wheel.
- The tire is wider and gives your car a wider stance.
- Better lateral stability and increased steering response is ac and the sidewalls of the tire are shorter.
- We can provide you with the correct tire size to keep your c gear ration & speedometer reading on your car remain unch

THANKS FOR LOOKING AT ANOTHER AUCTION FROM THE W

**1-888-682-3129**

....DEAL WITH THE PRO'S FOR PEACE

© copyright of The Wheel Exchange. All Rights Reserved. 2002-

---

On Jun-05-04 at 19:30:36 PDT, seller added the following information:



    

---



Thanks for
looking!
FREE Counters and Services from Andale

Case 2:06-cv-00456-DMC-MF Document 1 Filed 01/30/06 Page 41 of 42 PageID: 41

## See More Great Items From This Seller







| 18X8&18X95,BMW 740 M-Sport Wheels,840,850,750 | 18" FM M5 Wheels BMW e39 e38 540 545 745 840 530 RIMS M | 17" RONDELL 21 BMW WHEELS 525 528 540 740 750 840 850 |
|---|---|---|
| US $688.00 | US $549.00 | US $799.00 |





## Shipping and payment details

### Services available
Check item description and payment instructions or contact seller for details.

Will ship to United States.

---

### Seller's payment instructions & return policy
PLEASE CALL @ 888-682-3129 WITH ANY MAJOR CREDIT CARD READY TO COMPLETE THE TRANSACTION!

### Payment methods accepted
- Money order/Cashiers check
- Other - See Payment Instructions for payment methods accepted
- Visa/MasterCard, American Express, Discover

### Ready to bid?                                                    help
18X8&18X95,BMW 740 M-Sport Wheels,840,850,750

Item title:              18X8&18X95,BMW 740 M-Sport Wheels,840,850,750

Starting bid:            US $688.00

Your maximum bid:  US $ [_____]  (Enter US $688.00 **or more**)

[ Place Bid > ]  You will confirm in the next step.

eBay automatically bids on your behalf **up to** your maximum bid.
Learn about bidding.

## What else can you do?

⇐ Back to list of items | Ask seller a question | Add to Calendar | Printer Version

Seller assumes all responsibility for listing this item.

<u>About eBay</u> | <u>Announcements</u> | <u>Security Center</u> | <u>Buyer Services & Protection</u> | <u>Policies</u> | <u>Site Map</u> | <u>Help</u>

Copyright © 1995-2005 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.