CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BMW OF NORTH AMERICA, LLC, et al. :

        Plaintiff,      :      Civ. 06-456(DMC)

        v.              :

                  :      O R D E R

THE WHEEL EXCHANGE, INC.

        Defendants.      :

The Court having been advised that Plaintiffs, BMW of North America, LLC and Bayerische Mortoren Werke, AG, wish to dismiss the complaint filed in this action voluntarily,

It is on this 21st day of February, 2006,

O R D E R E D  that the complaint filed in the above-captioned matter be and is hereby dismissed.

                                    DENNIS M. CAVANAUGH
                                    United States District Judge

orig: Clerk
 cc: Hon. Mark Falk
     File